158 A.3d 1239

Daryl **COOK**, Petitioner

v.

**COMMONWEALTH of Pennsylvania**, Respondent

No. 140 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Application for Leave to File Original Process, the Petition for Writ of Habeas Corpus or Writ of Mandamus, and the Motion for Speedy Release or Relief are **DISMISSED**. *See Commonwealth v. Cooper*, 611 Pa. 437, 27 A.3d 994 (2009) (explaining that hybrid presentation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.